

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00525-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6201
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The trial court must "enter a certification of the defendant's right of appeal in every case in which it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). The clerk's records filed in these companion appeals on October 5, 2018 do not contain the trial court's certification, and the trial court clerk has verbally confirmed that no certification is currently on file. It is therefore ORDERED that the trial court enter a certification in both cases and cause the trial court clerk to file supplemental clerk's records containing the certifications within twenty days from the date of this order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court